IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:19-cr-130(2) |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| DERRICK BRYANT, | : | |
| Defendant. | : | |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT DERRICK BRYANT'S MOTION TO CORRECT THE PRESENTENCE INVESTIGATION REPORT

This matter is before the Court on Defendant Derrick Bryant's Motion to Correct the Presentence Investigation Report (Doc. 1137). Defendant requests the Final Presentence Investigation Report (Doc. 1066) be modified to characterize that Defendant's criminal history score establishes a Criminal History Category of II, rather than a Criminal History Category of III. Additionally, Defendant requests the Final Presentence Investigation Report be modified to reflect that he graduated high school.

The Court finds that modifying the Final Presentence Investigation Report to reflect that Defendant graduated high school is proper in this instance. However, while the Court considered Defendant's Criminal History Category as II for purposes of sentencing, the Court did so based on agreement of the parties. The Final Presentence Investigation Report accurately reflects Defendant's criminal history score and Criminal History Category of III. Additionally, previous filings reflect that the Court considered

Defendant's Criminal History Category of II for purposes of sentencing.

Thus, Defendant Derrick Bryant's Motion to Correct the Presentence Investigation Report (Doc. 1137) is **GRANTED IN PART AND DENIED IN PART**. The Court **ORDERS** the Final Presentence Investigation Report (Doc. 1066) be amended solely to reflect that Defendant graduated high school.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND